# BILLING INVOICE

## Dr. Kristin S. Adams

### Kristin S. Adams, Psy.D., Licensed Psychologist

### 235 Saint Clair Drive, Leesburg, GA 31763

**Cell: (954) 609-4966**   **Email: dr.kristinadams@gmail.com**

**CASE NO: 1:12-CR-1 (WLS)**   **INVOICE NO: KA-63000**

| Date | Staff Person | Function | Time | Amount |
|---|---|---|---|---|
| 2-12-2015 thru 2-24-2015 | ADAMS | Case Preparation ($200 per hour) | 2.0 hr | 400.00 |
| 2-24-2015 | ADAMS | Travel ($50 per hour - travel to/from Tallahassee, FL) | 4.0 hrs | 200.00 |
| 2-12-2015 thru 2-24-15 | ADAMS | Consultation with Attorney via Phone/email/in Person | 1.0 hrs | 150.00 |
| 2-24-2015 | ADAMS | Subpoenaed for Testimony ($200 per hour/2 hour minimum) | 2.0 hrs | 400.00 |
| | | **SUBTOTAL 1:** | **9.0 hrs** | **$ 1150.00** |
| 8-1-2015 thru 8-5-2015 | ADAMS | Case Preparation ($200 per hour) | 1.5 hr | 300.00 |
| 8-1-2015 thru 8-5-2015 | ADAMS | Phone/in-person/email consultation with attorney ($200 per hour) | 1.0 hrs | $200.00 |
| 8-5-2015 | ADAMS | Travel to Courthouse($50 per hour – travel to/from Leesburg, GA) | 1.0 hrs | 50.00 |
| 8-5-2015 | ADAMS | Federal Court Testimony ($200 per hour/2 hour minimum) | 3.0 hrs | 600.00 |
| | | **SUBTOTAL 2:** | **6.5 hrs** | **$ 1150.00** |
| 8-6-2015 thru 11-20-15 | ADAMS | Phone/in person/email consultation with attorney ($200 per hour) | 2.5 hrs | 500.00 |
| 11-16-2015 thru 11-19-2015 | ADAMS | Case Preparation ($200 per hour) | 1.5 hrs | 300.00 |
| 11-18-2015 | ADAMS | Travel to Courthouse ($50 per hour – travel to/from Leesburg, GA) | 1.0 hrs | 50.00 |
| 11-18-2015 | ADAMS | On-call for Testimony ($200 per hour/2 hour minimum) | 2.0 hrs | 400.00 |
| 11-19-2015 | ADAMS | Travel to Courthouse ($50 per hour – travel to/from Thomasville, GA) | 2.5 hrs | 125.00 |
| 11-19-2015 | ADAMS | On-call for Testimony/Testimony ($200 per hour/2 hour minimum) | 4.5 hrs | 900.00 |
| | | **SUBTOTAL 3:** | **14.0 hrs** | **$ 2275.00** |
| | | **FINAL TOTAL:** | **29.5 hrs** | **$ 4575.00** |

EXHIBIT "A"